

| GEORGIA M. PESTANA<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JOHN L. GARCIA<br>*Senior Counsel*<br>Phone: (212) 356-5053<br>Fax: (212) 356-1148<br>johgarci@law.nyc.gov |
|---|---|---|

July 9, 2021

**By email**
Alison Ellis Frick
(africk@kllf-law.com)
David A. Lebowitz
(dlebowitz@kllflaw.com)
Douglas Edward Lieb
(dlieb@kllflaw.com)

Re:  <u>Edo Gelbard, et al. v. City of New York, et al.</u>
     20 CV 3163 (MKB) (TAM)

Counsel:

Please find enclosed the following documents that comprise defendants' moving papers for their Partial Motion for Judgment on the Pleadings in this matter:
- Notice of Motion;
- Defendants' Memorandum of Law in Support of their Partial Motion for Judgment on the Pleadings;
- Declaration of John L. Garcia in Support of Defendants' Partial Motion for Judgment on the Pleadings; and
- Exhibit A annexed thereto.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

John L. Garcia
*Senior Counsel*

Encl.