```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
```

| | |
|---|---|
| EDO GELBARD, LUKE HANNA, MICHAEL STERNFELD, and TIM YOUNG, | **NOTICE OF MOTION** |
| Plaintiffs, | 20 CV 3163 (MKB) (RER) |
| -against- | |
| CITY OF NEW YORK; Mayor BILL de BLASIO, in his individual capacity; NYPD Commissioner DERMOT SHEA, in his individual capacity; NYPD Chief of Department TERENCE MONAHAN, in his individual capacity; and NYPD Members of the Service JOHN and JANE DOES #1-40, in their individual capacities, | |
| Defendants. | |

```
------------------------------------------------------------------------ X
```

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John L. Garcia, dated July 9, 2021, and the exhibit annexed thereto, the accompanying Memorandum of Law, dated July 9, 2021, and upon all pleadings and proceedings herein, defendants City of New York, Mayor Bill de Blasio, NYPD Commissioner Dermot Shea, and NYPD Chief of Department Terence Monahan will move this Court, before the Honorable Margo K. Brodie, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for an order pursuant Rule 12(c) of the Federal Rules of Civil Procedure, granting Defendants' Partial Motion for Judgment on the Pleadings together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated June 16, 2021, plaintiffs' opposition papers are due on or before August 6, 2021; and,

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, dated June 16, 2021, defendants' reply papers, if any, are due on or before August 20, 2021, and the fully briefed motion shall be electronically filed at that time.

Dated: New York, New York
July 9, 2021

>GEORGIA M. PESTANA
>Acting Corporation Counsel
>    of the City of New York
>*Attorney for Defendants City, de Blasio,*
>    *Shea, and Monahan*
>100 Church Street, Room 3-222
>New York, New York 10007
>(212) 356-5053
>johgarci@law.nyc.gov
>
>By: /s/ John L. Garcia
>    _____
>    JOHN L. GARCIA
>    *Senior Counsel*
>    Special Federal Litigation Division

To: **By Email**
Doug Lieb, Esq., *Attorney for Plaintiffs*
David Lebowitz, Esq., *Attorney for Plaintiffs*

Docket No. 20 CV 3163 (MKB) (RER)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDO GELBARD, LUKE HANNA, MICHAEL STERNFELD, and TIM YOUNG,

                            Plaintiffs,

-against-

CITY OF NEW YORK; Mayor BILL de BLASIO, in his individual capacity; NYPD Commissioner DERMOT SHEA, in his individual capacity; NYPD Chief of Department TERENCE MONAHAN, in his individual capacity; and NYPD Members of the Service JOHN and JANE DOES #1-40, in their individual capacities,

                            Defendants.

## NOTICE OF MOTION

### GEORGIA M. PESTANA

Acting Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

*Of Counsel: John L. Garcia*
Tel: (212) 356-5053

*Due and timely service is hereby admitted.*

*New York, New York.*                                       , 2021

                                                                *Esq.*

*Attorney for*